BIRT SMITH, Plaintiff, *v.* JOHN L. SMITH, Respondent, and
LYMAN C. SMITH, Appellant, Impleaded with Others.

Reported below, 159 App. Div. 934.
(Submitted October 5, 1914; decided October 13, 1914.)

MOTION to dismiss an appeal from an order of the Appel-
late Division of the Supreme Court in the fourth judi-
cial department, entered November 13, 1913, reversing
a judgment in favor of defendant, appellant, entered
upon a verdict and granting a new trial in an action of
partition.

The motion was made upon the ground that the reversal
by the Appellate Division was upon the facts and that

there was, therefore, no material question which the Court of Appeals could review.

*Manly E. King* for motion.

*Ernest F. Kruse* opposed.

Motion denied, without costs.